IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICKY J. LARSON, a minor child, by and through his natural parents, JODY M. LARSON and STEVE LARSON, as next friends and natural guardians,<br><br>        Plaintiff,<br><br>vs.<br><br>YORK MEDICAL CLINIC, P.C., a corporation, and YORK GENERAL HOSPITAL, INC., now known as YORK GENERAL HEALTH CARE SERVICES, a corporation,<br><br>        Defendants | 8:04CV26<br><br><br><br>**JUDGMENT** |

Pursuant to the parties' joint stipulation (filing 32) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay their own costs.

July 19, 2005.                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge